UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                    Plaintiff,

           -against-

PATRICK MURRAY DOCTOR/SURGEON,
ET AL.,

                  Defendants.

25-CV-5265 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this complaint *pro se* and *in forma pauperis* ("IFP"). By order dated September 24, 2025, the Court dismissed the complaint for lack of subject matter jurisdiction, and granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 8.) On October 14, 2025, Plaintiff submitted a letter requesting an extension of time to file an amended complaint. (ECF 9.) The Court grants the request.

The Court directs Plaintiff to file an amended complaint within 30 days from the date of this order. If Plaintiff does not file an amended complaint within the time allowed, or if he files an amended complaint that does not contain facts suggesting that the Court has subject matter jurisdiction of his claims, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons set forth in the September 24, 2025 order.

SO ORDERED.

Dated:    December 1, 2025
           New York, New York

                                      Louis L. Stanton
                                      Louis L. Stanton
                                      U.S.D.J.