UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                      Plaintiff,

   -v-

PATRICK MURRAY, et al.,

                     Defendants.

CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 13, 2026, the Court issued an Order to Show Cause directing Plaintiff to show cause, by February 23, 2026, why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 17 (the "OTSC")). To date, Mr. Best has not responded to the OTSC. As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to respond to the OTSC to **Thursday, March 12, 2026**. Plaintiff is warned that failure to respond to the OTSC will result in a recommendation the Honorable John P. Cronan to dismiss this action for lack of jurisdiction and/or failure to prosecute.

Dated:     New York, New York
            February 26, 2026

                          SO ORDERED.

                          **SARAH L. CAVE**
                          **United States Magistrate Judge**