UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE O. BEST,<br><br>                          Plaintiff,<br><br> -v-<br><br><br> PATRICK MURRAY, et al.,<br><br>                          Defendants. | CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Nyack Hospital's Motion to Dismiss, which challenges the basis for federal subject matter jurisdiction. (Dkt. No. 22 "Nyack's MTD")). Given the overlap between Nyack's MTD and the Court's Order to Show Cause (Dkt. No. 17 (the "OTSC")), which requires Plaintiff to explain the basis for federal subject matter jurisdiction, Plaintiff shall respond to Nyack's MTD and the OTSC by **Monday, March 30, 2026**. Plaintiff may combine his response in one document. Accordingly, the Court's prior Order setting the deadline to respond to the OTSC (Dkt. No. 21) is hereby VACATED.

Dated:       New York, New York
             March 3, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**