UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                       Plaintiff,

   -v-

PATRICK MURRAY, et al.,

                      Defendants.

CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Patrick Murray's Motion to Dismiss (Dkt. No. 24 "Murray's MTD")), which presents similar arguments to Defendant Nyack Hospital's Motion to Dismiss (Dkt. No. 22 ("Nyack's MTD")).  Given the overlap between Murray's MTD, Nyack's MTD, and the Court's Order to Show Cause (Dkt. No. 17 (the "OTSC")), which all require Plaintiff to explain the basis for federal subject matter jurisdiction, Plaintiff may combine his opposition to Murray's MTD with his responses to Nyack's MTD and the OTSC, all of which shall be due on **Monday, March 30, 2026**.

Dated:      New York, New York
            March 5, 2026

                      SO ORDERED.

                      **SARAH L. CAVE**
                      **United States Magistrate Judge**