UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                              Plaintiff,

        -v-                                              CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)

                                                         **ORDER**

PATRICK MURRAY, et al.,

                              Defendants.


**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Good Samaritan Hospital's Motion to Dismiss (Dkt. No. 30), which presents similar arguments to Defendant Nyack Hospital's Motion to Dismiss (Dkt. No. 22) and Defendant Patrick Murray's Motion to Dismiss (Dkt. No. 24) (together, the "MTDs"). Given the overlap between the MTDs, and the Court's Order to Show Cause (Dkt. No. 17 (the "OTSC")), which all require Plaintiff to explain the basis for federal subject matter jurisdiction, Plaintiff may combine his opposition to the MTDs the OTSC, all of which shall be due on **Monday, March 30, 2026**.

Dated:       New York, New York
             March 17, 2026

                                                         SO ORDERED.

                                                         _____
                                                         **SARAH L. CAVE**
                                                         **United States Magistrate Judge**