UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                    Plaintiff,

        -v-                                                    CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)

PATRICK MURRAY, et al.,                                        **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter at Dkt. No. 33 (the "Letter"). The Court construes the Letter as Plaintiff's response to the Order to Show Cause (Dkt. No. 17 (the "OTSC")) and the motions to dismiss of Defendants Nyack Hospital, Patrick Murray, and Good Samaritan Hospital (Dkt. Nos. 22; 24; 30) together, the "MTDs")). The Court deems the OTSC satisfied and will issue a Report and Recommendation on the MTDs in due course.

The Clerk of the Court is respectfully directed to make Plaintiff's letter at Dkt. No. 33 viewable to the parties.

Dated:        New York, New York
              April 3, 2026

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**