UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE O. BEST,<br><br>                    Plaintiff,<br><br> -v-<br><br><br>PATRICK MURRAY, <u>et</u> <u>al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Helen Hayes Hospital's Motion to Dismiss.  (Dkt. Nos. 45–46 ("HHH's MTD")).  On April 20, 2026, the Court issued an Order deeming the motions to dismiss at Dkt. Nos. 22, 24, and 30 fully briefed and directing the parties not to file any other submissions related to these motions.  (Dkt. No. 47).  For clarity, Plaintiff may file <u>one</u> opposition brief to HHH's MTD, which shall be due on **Monday, May 4, 2026** (the "Opposition").  Defendant Helen Hayes Hospital may file <u>one</u> reply brief, which shall be due on **Monday, May 11, 2026** (the "Reply").  In deciding HHH's MTD, the Court will consider <u>only</u> HHH's MTD, the Opposition, and the Reply; the Court does not require, nor will it consider, any other submissions.

Dated:      New York, New York
            April 21, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**