UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE O. BEST,

                Plaintiff,

    -v-

PATRICK MURRAY, et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 5265 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's submission at Dkt. No. 51, which the Court clarifies is not a motion, but an opposition to the motion to dismiss of Defendant Helen Hayes Hospital ("HHH's MTD"). As previously set forth in the Court's prior Order (Dkt. No. 48), Helen Hayes Hospital may file <u>one</u> reply brief, which shall be due on **Monday, May 11, 2026** and the Court will not consider any other submissions in connection with HHH's MTD.

The Clerk of the Court is respectfully directed to close Dkt. No. 51.

Dated:     New York, New York
          May 5, 2026

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**