UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THEODORE O. BEST, Plaintiff, -v- PATRICK MURRAY, *et al.*, Defendants. | : | 25 Civ. 5265 (JPC) (SLC) <br> <u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Plaintiff's request for an extension of time to object to the Report and Recommendation (Dkt. 56) and Defendant Nyack Hospital's opposition to that request. Dkts. 57, 58. Plaintiff's request is granted. Any objections to the Report and Recommendation must be filed by November 30, 2026.

SO ORDERED.

Dated: October 26, 2026
New York, New York

JOHN P. CRONAN
United States District Judge